# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**D&P Market Place LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA The Iron Tomato** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**26-1264397** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**57 Mamaroneck Avenue**<br>**White Plains, NY**<br>ZIP Code **10601** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **D&P Market Place LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **D&P Market Place LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jonathan S. Pasternak**
Signature of Attorney for Debtor(s)

**Jonathan S. Pasternak**
Printed Name of Attorney for Debtor(s)

**Rattet, Pasternak & Gordon-Oliver, LLP**
Firm Name

**550 Mamaroneck Avenue**
**Suite 510**
**Harrison, NY 10528**

Address

**(914) 381-7400  Fax: (914) 381-7406**
Telephone Number

**May 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Suzanne Demeo**
Signature of Authorized Individual

**Suzanne Demeo**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**May 14, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of New York

In re **D&P Market Place LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 14, 2010**

**/s/ Suzanne Demeo**  
**Suzanne Demeo**/**Member**  
Signer/Title

47 MAMARONECK AVENUE CORP.
ATTN: TIMOTHY ENGEL
47 MAMARONECK AVENUE
WHITE PLAINS, NY 10601

825 SOUTH LAKE REST CORP.
C/O MICHAEL E. POZIT
5605 MANOR DRIVE
PEEKSKILL, NY 10566

ACE ENDICO
80 INTERNATIONAL BLVD.
BREWSTER, NY 10509

AD GELATO INC.
1136 WILLIS AVENUE
ALBERTSON, NY 11507

ADDEO
2372 HUGHES AVENUE
BRONX, NY 10458

ADVANTAGE GOURMET
PO BOX 5092
SOUTH HACKENSACK, NJ 07606

ALL SAFE FIRE PROTECTIONS/
EXHAUST SERVICE
PO BOX 53
THORNWOOD, NY 10594

ALLPERSON PARTY RENTALS
TRANSCONTINENTAL CREDIT COLL.
PO BOX 5055
WHITE PLAINS, NY 10602

ALPS PROVISION
22-70 45TH STREET
ASTORIA, NY 11105

AMERICAN OGGI
475 WALNUT STREET
NORWOOD, NJ 07648

BASHIER WHOLESALE DISTRIBUTORS
PO BOX 560
STONY POINT, NY 10980

BATTAGLIA'S
172 WEBSTER AVENUE
NEW ROCHELLE, NY 10801

BINDI
C2C RESOURCES LLC
56 PERIMETER CENTER EAST
ATLANTA, GA 30346


BOARS HEAD
20 CORALYN AVENUE
WHITE PLAINS, NY 10605


BORAX PAPER PRODUCTS, INC.
1390 SPOFFORD AVENUE
BRONX, NY 10474-6100


BRUNO'S GOURMET FOODS
30 HENRY STREET
LODI, NJ 07644


C.WILLIAMS ELECTYRICAL CONSTR.
464 SOUTH 10TH AVENUE
MOUNT VERNON, NY 10550


CALANDRA'S ITALIAN & FRENCH BK
204 FIRST AVENUE
NEWARK, NJ 07107


CAMPANIA FOODS & IMPORTS
414 BERGEN BLVD
PALISADES PARK, NJ 07650


CF ACQUISITIONS COMPANY
C/O JOSEPH NEWMAN, CH7 TRUSTEE
4 CONCORD STREET
CRANFORD, NJ 07016


CHASE BANK USA
800 BROOKSEDGE BLVD
COLUMBUS, OH 43081


CHEESWHSE
111 BUSONESS PARK DRIVE
ARMONK, NY 10504


CHOCOLATIONS
447 MAMARONECK AVENUE
MAMARONECK, NY 10543


CIBO/COLAVITA
PO BOX 9143
ELIZABETH, NJ 07202

CMA PEST CONTROL  
PO BOX 941  
MOHEGAN LAKE, NY 10547


COLUCCIO  
1214-20 60TH STREET  
BROOKLYN, NY 11219


CON EDISON OF NEW YORK  
JAF STATION  
P.O.BOX 1702  
NEW YORK, NY 10116-1702


COSMOS SEAFOOD  
550 CASANOVA STREET  
BRONX, NY 10474


COUNTY WINDOW CLEANING  
PO BOX 1618  
WHITE PLAINS, NY 10602


DYLAN CROSS PHOTOGRAPHY  
1 HARVEY STREET, APT 2  
NORWALK, CT 06855


ENOS IMPORTS  
57 PEARL STREET  
YONKERS, NY 10701


EPICURE CANDY  
31 SOUTH ST SUITE 1-D  
MOUNT VERNON, NY 10550


EPICURE FOODS  
1 ATLANTA PLAZA  
PO BOX 6628  
ELIZABETHPORT, NJ 07206


F&F ROMANO BAKERY  
56 THIRD STREET  
NEW ROCHELLE, NY 10801


FINOCCHIO CARTING OF GREENWICH  
49 LIBERTY PLACE  
STAMFORD, CT 06902


FRANK & MARY PALAZZOLO  
800 CENTRAL PARK AVENUE  
SUITE 201  
SCARSDALE, NY 10583

GELATO GIULIANA
240 SARGENT DRIVE
110 TERMINAL PLAZA
NEW HAVEN, CT 06511


GENESIS & ALIYAH DISTRIBUTORS
219 CLAREMONT AVE
MOUNT VERNON, NY 10552


GUEST SERVICE PUBLICATIONS
COMMERICAL RECOVERY CORP.
9298 CENTRAL AVE NC STE 310
MINNEAPOLIS, MN 55434


HARNEY & SONS
RMS COLLECTIONS
4836 BRECKSVILLE ROAD
RICHFIELD, OH 44286


HOWARD GORDY INC.
871 SHEPARD AVENUE
BROOKLYN, NY 11208


HUDSON VALLEY BANK
21 SCARSDALE ROAD
YONKERS, NY 10707


HUGUENOT/SUPERMARKET NEEDS
HUGUENOT SALES CO
1135 SOUTHERN BLVD
BRONX, NY 10459


IDEARC MEDIA CORP.
PO BOX 619810 D/FW
DALLAS, TX 75261


IN YOUR NEIGHBORHOOD INC.
PO BOX 312H
SCARSDALE, NY 10583


INGENUITIES
66 HOYT STREET
SOUTH SALEM, NY 10590


INSPIRIA MEDIA
445 HAMILTON AVENUE
SUITE 1102
WHITE PLAINS, NY 10601


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

JAY A. PRESS, PC
115 BROAD HOLLOW ROAD
SUITE 350
MELVILLE, NY 11747


JB & SON, LTD.
564 MILE SQUARE ROAD
YONKERS, NY 10701


JOE TEA
PO BOX 43265
MONTCLAIR, NJ 07043


JOSHUA J. GRAUER, ESQ.
CUDDY & FEDER LLP
445 HAMILTON AVENUE, 14 FLOOR
WHITE PLAINS, NY 10601


LAWRENCE M. GOTTLIEB, ESQ.
HASS & GOTTLIEB
670 WHITE PLAINS ROAD, STE 121
TARRYTOWN, NY 10591


LIUZZICHESE MAN & WHOLESALE
322 STATE STREET
NORTH HAVEN, CT 06473


MAIN STREET AMERICA GROUP
PO BOX 2004
KEENE, NH 03431


MASTER PURVEYORS
HUNTS POINT COOP MARKET
BLDG B-14
BRONX, NY 10474


MERCURIO'S
PO BOX 52
MAMARONECK, NY 10543


MICHAEL PERSICO


MICROS
7031 COLUMBIA GATEWAY DRIVE
COLUMBIA, MD 21046


MR. MUNCHY
LAFAYETTE AVENUE
WHITE PLAINS, NY 10601

MUSCO
57-01 49TH PLACE
MASPETH, NY 11378


NATIONAL GRANGE INS. CO.
ALBERT PALANCIA
60 EAST 42ND STREET
NEW YORK, NY 10165


NEW MARKET
67-71 E. WILLOW STREET
MILLBURN, NJ 07041


NEW WAVE SEAFOOD
81 CAMP AVENUE
STAMFORD, CT 06907


NISSAN
PO BOX 371491
PITTSBURGH, PA 15250


NYC DEPTARTMENT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
BROOKLYN, NY 11201


NYS DEPARTMENT OF LABOR
WHITE PLAINS DISTRICT OFFICE
120 BLOOMINGDALE RD., ROOM 230
WHITE PLAINS, NY 10605


NYS DEPARTMENT OF TAX & FINANC
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


NYS UNEMPLOYMENT
INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201


NYS WORKERS COMP. BOARD
RMS COLLECTIONS
55 BROADWAY SUITE 201
NEW YORK, NY 10006


OCEAN SEAFOOD DISTRIBUTORS
196-208 EMMET STREET
NEWARK, NJ 07114

OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


OXFORD HEALTH
JP MORGAN CHASE
4 CHASE METROCENTER 7FLR EAST
BROOKLYN, NY 11245


PARKING VIOLATIONS BUREAU
210 JORALEMON AVENUE
BROOKLYN, NY 11201


PLAZA SWEETS
521 WAVERLY AVENUE
MAMARONECK, NY 10543


PRO VISUAL ADVERTISING LLC
PO BOX 3455
HOBOKEN, NJ 07030


PROTECTIVE SECURITY
464 SOUTH 10TH AVENUE
MOUNT VERNON, NY 10550


RANIERI FINE FOODS
278 METROPOLITAN AVE
BROOKLYN, NY 11211


RIDGE PRODUCE
PO BOX 740454
BRONX, NY 10474


SARRA IMPORT
88 PARK AVE
RUTHERFORD, NJ 07070


SCREENVISION DIRECT
PO BOX 22905
ROCHESTER, NY 14692


SECURITY EXCHANGE COMMISSION
THE WOOLWORTH BUILDING
233 BROADWAY- JOHN MURRAY
NEW YORK, NY 10279


SNAPPLE
12891 COLLECTIONS CENTER
CHICAGO, IL 60693

SPOTLIGHT PUBLICATIONS
C/O MICHAEL MARTINELLI JR ESQ
100 CLEARBROOK RD 1ST FLR
ELMSFORD, NY 10523


STEINER FOODS
510 NORTH AVENUE
NEW ROCHELLE, NY 10801


STEPHEN B. JACOBS GROUP PC
C/O RATTNER & ASSOCIATES
2 PERLMAN DRIVE STE 310
SPRING VALLEY, NY 10977


SUZANNE DEMEO


TAORMINA SALES COMPANY
414 BERGEN BLVD
PALISADES PARK, NJ 07650


THE HARTFORD
C/O RMA COLLECTIONS
PO BOX 280431
EAST HARTFORD, CT 06128


THE JOURNAL NEWS
ONE GANNETT DRIVE
WHITE PLAINS, NY 10604


THE SALMON INLET
PO BOX 3449
WESTPORT, CT 06880


THE SPICEMILL
191 ADAMS STREET
MANCHESTER, CT 06042


TROPICANA
SAL OGNIBENE - TROPICANA


TUFO'S WHOLESALE DAIRY
4180 BOSTON POST ROAD
BRONX, NY 10475


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007

UTICA MUTUAL INSURANCE COMPANY
PO BOX 6540
UTICA, NY 13504-6540

VERIZON
PO BOX 1100
ALBANY, NY 12250

VESUVIO
41 FIELDCREST AVENUE
EDISON, NJ 08837

WATERFRONT ROASTERS
106 PURDY AVE
PORT CHESTER, NY 10573

WDC
2 HART AVENUE
YONKERS, NY 10704

WESROC GRINDING
PO BOX 215
MONTGOMERY, NY 12549

WFAS CUMULUS WESTCHESTER
PO BOX 643240
CINCINNATI, OH 45264-3240

**United States Bankruptcy Court**
**Southern District of New York**

In re  **D&P Market Place LLC**                                                                  Case No.
                                                                      Debtor(s)                  Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    Suzanne Demeo, declare under penalty of perjury that I am the Managing Members of D&P Market Place LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 13th day of May, 2010.

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Suzanne Demeo, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that Suzanne Demeo, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that Suzanne Demeo, Managing Member of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of Rattet, Pasternak & Gordon-Oliver, LLP to represent the corporation in such bankruptcy case."

Date  May 14, 2010                                                 Signed  */s/ Suzanne Demeo*
                                                                                          Suzanne Demeo

# Resolution of Board of Directors
## of
## D&P Market Place LLC

      Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

      Be It Therefore Resolved, that Suzanne Demeo, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

      Be It Further Resolved, that Suzanne Demeo, Manaing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

      Be It Further Resolved, that Suzanne Demeo, Managing Member of this Corporation is authorized and directed to employ **Jonathan S. Pasternak**, attorney and the law firm of **Rattet, Pasternak & Gordon-Oliver, LLP** to represent the corporation in such bankruptcy case.

Date  May  14, 2010                                Signed  */s/ Suzanne Demeo*
                                                                                             Suzanne Demeo